```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

_____
                                   :
FREDERICK BANKS,                   :
                                   :
        Petitioner,                :   Civ. No. 21-13860 (NLH)
                                   :
    v.                             :   **MEMORANDUM OPINION & ORDER**
                                   :
                                   :
WARDEN DAVID ORTIZ,                :
                                   :
        Respondent.                :
_____:

APPEARANCE:

Frederick Banks
05711-068
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Alexandra Tsakopoulos, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent


HILLMAN, District Judge

    WHEREAS, Petitioner Frederick Banks filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

WHEREAS, the Court ordered Respondent to answer the petition, see ECF No. 9; and

WHEREAS, Respondent requests an extension to November 22, 2021 to submit its answer, ECF No. 11,

THEREFORE, IT IS on this  4th   day of  October  , 2021

ORDERED that Respondent's request for an extension, ECF No. 11, is granted.  The answer is due November 22, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.